```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  APRIL A. VAN DYKE
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 09-126-DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INFORMATION WITH PREJUDICE AND |
| v. | ) | ORDER |
| | ) | |
| JOHN KETCHERISIDE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///
///

1

1  Order dismissing with prejudice the Information for Magistrate
2  Number 09-126-DAD, filed April 14, 2009.
3  DATED: June 10, 2009
4                                      Respectfully submitted,
5                                      LAWRENCE G. BROWN
                                       Acting United States Attorney
6
7                                 By: /S/Mattew Stegman
                                       MATTHEW C. STEGMAN
8                                      Assistant U.S. Attorney
9
10                                     ORDER
11 IT IS SO ORDERED:
12 DATED: June 12, 2009.
13
14                                 _____
                                   DALE A. DROZD
15                                 UNITED STATES MAGISTRATE JUDGE
16
17 Ddad1/orders.criminal/ketcherside0126.dism
18
19
20
21
22
23
24
25
26
27
28

2